UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK WILLIAM BECKENDORF, III, | CIVIL ACTION |
| VERSUS | NUMBER: 21-1357 |
| DANIEL FLEISCHMAN, ET AL. | SECTION: "T"(5) |

## ORDER ON MOTION
## SEPTEMBER 27, 2021

APPEARANCES:

MOTION:

(1) Plaintiff's Motion for Appointment of Counsel (Rec. doc. 12).
(2) Plaintiff's Motion to Certify a Class and Add Additional Plaintiffs (Rec. doc. 13).

_____ : Continued to

_____ : No opposition.

_____ : Opposition.

## ORDERED

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

 1, 2  : Denied.

    1. Denied after considering the factors set forth in *Ulmer v. Chancellor*, 691 F.2d 209, 213 (5th Cir. 1982).

    2. As a non-attorney *pro se* Plaintiff, Beckendorf fails to satisfy the adequacy requirement of Rule 23(a), Fed. R. Civ. P. *Bowen v. Bureau of Prisons of United States*, No. 20-CV-0062, 2020 WL 8678786 at *3 (E.D. Tex. Dec. 3,

2020) (and cases cited therein), *adopted*, 2021 WL 796039 (E.D. Tex. Mar. 2, 2021). Plaintiff's request to add as Plaintiffs the finite number of individuals identified in his motion is denied without prejudice as said individuals have not submitted separate applications to proceed *in forma pauperis*.

_____: Other.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE