UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK WILLIAM BECKENDORF, III | CIVIL ACTION |
| VERSUS | NO. 21-1357 |
| DANIEL FLEISCHMAN, ET AL. | SECTION: "T"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 31), and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss (R. Doc. 24) is **GRANTED** and that Plaintiff's claims against Defendants Dr. Jose Ham and Nurses Kara Marinello and Amy Stafford be, and hereby are, **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of January, 2022.

_____
**UNITED STATES DISTRICT JUDGE**