UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FRANK WILLIAM BECKENDORF, III                     CIVIL ACTION

VERSUS                                            NO.  21-1357

DANIEL FLEISCHMAN, ET AL.                         SECTION:  "T"(5)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 50), and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice for failure to prosecute.

New Orleans, Louisiana, this   31st   day of   January  , 2023.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE